UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.:  CR05-182-MJP |
| v. | ) | |
| | ) | |
| DOLLY COOPER, | ) | DETENTION ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Offense charged:

Conspiracy to defraud the United States in violation of 18 U.S.C. § 371(1) and uttering counterfeited securities in violation of 18 U.S.C. § 541(a)(2).

Initial Appearance:  May 11, 2005.

Date of Detention Hearing:    December 2, 2005.

On December 2, 2005, defendant appeared on an alleged violation of her conditions of pretrial release.  These alleged violations included that she not possess identity material of persons other than herself, and that she appear at all required court appearances.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)    On May 11, 2005, defendant was released on bond with pretrial supervision and

DETENTION ORDER                                                                              15.13
18 U.S.C. § 3142(i)                                                                        Rev. 1/91
PAGE 1

01  special conditions.

02      (2)     At the time of her arrest for violation of conditions of bond, defendant appears

03  to have been in possession of a Washington State ID card in the name of another person.

04      (3)     Defendant was scheduled for a jury trial on October 17, 2005, and failed to

05  appear.

06      (4)     There appear to be no conditions or combination of conditions that will

07  reasonably assure the defendant's appearance at future Court hearings and that will address the

08  danger to  other persons or the community.

09      IT IS THEREFORE ORDERED:

10      (1)     Defendant shall be detained pending trial and committed to the custody of the

11              Attorney General for confinement in a correction facility separate, to the extent

12              practicable, from persons awaiting or serving sentences or being held in custody

13              pending appeal;

14      (2)     Defendant shall be afforded reasonable opportunity for private consultation with

15              counsel;

16      (3)     On order of a court of the United States or on request of an attorney for the

17              government, the person in charge of the corrections facility in which defendant

18              is confined shall deliver the defendant to a United States Marshal for the purpose

19              of an appearance in connection with a court proceeding; and

20      (4)     The Clerk shall direct copies of this Order to counsel for the United States, to

21              counsel for the defendant, to the United States Marshal, and to the United States

22              Pretrial Services Officer.

23  DATED this 2nd day of December 2005.

24                                          *James P. Donohue*

25                                          JAMES P. DONOHUE
                                            United States Magistrate Judge

26

DETENTION ORDER                                             15.13
18 U.S.C. § 3142(i)                                         Rev. 1/91
PAGE 2

01
02
03
04
05
06
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

DETENTION ORDER                                                    15.13
18 U.S.C. § 3142(i)                                               Rev. 1/91
PAGE 3